UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **5:26-cv-03924-MCS-BFM** | Date | July 24, 2026 |
|---|---|---|---|

Title   *Jeysy Melany Cabrera Dubon v. Warden*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: RENEWED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 10)**

The Court previously denied Petitioner Jeysy Melany Cabrera Dubon's ex parte application for a temporary restraining order. (Order, ECF No. 7.) Petitioner filed a renewed application seeking an order enjoining Respondents from transferring her out of this District or removing her from the United States during the pendency of her petition. (Renewed Pet., ECF No. 11.)

The Court previously warned that, consistent with Section 3 of Central District of California General Order No. 26-05, the Court would deny any renewed motion that fails to provide a specific showing in a declaration made under penalty of perjury that Petitioner will suffer "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." Respondents have filed an answer to Petitioner's habeas petition, (Answer, ECF No. 9), and Petitioner filed a traverse to the response, (Traverse, ECF No. 10), so a decision on the merits of the petition is imminent. Petitioner offers no facts indicating she will suffer an imminent, irreparable injury before the Court is able to render a decision on the merits of her fully briefed petition. The General Order further requires Respondents to provide "at least two court days' notice to the petitioner . . . and the Court of [their] intent to remove the petitioner from the Central

---

CIVIL MINUTES – GENERAL                    Initials of Deputy Clerk SMO

District of California." (General Order 4, ECF No. 5.) The Court has received no such notice as of the date of this Order.

The renewed application for a temporary restraining order is denied.

**IT IS SO ORDERED.**