UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEYSY MELANY CABRERA DUBON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-03924-MCS-BFM<br><br>**ORDER RE: REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed.

The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge, except as to one issue on which the Court respectfully disagrees with the Magistrate Judge. The Magistrate Judge recommended that the Court "order[] Petitioner's counsel to provide confirmation of release within three days" of an order accepting the report and recommendation and to enter judgment only "[u]pon confirmation that Petitioner has been released."

(R. & R. 10, ECF No. 26.) The Court expects parties to comply with its orders and judgments. *See, e.g.*, *F.V. v. Jeppesen*, 466 F. Supp. 3d 1110, 1116 (D. Idaho 2020) ("Parties are expected to comply with both the letter and the spirit of a court's order."); *Perry v. County of Kern*, No. 1:17-cv-001097-KES-CDB, 2024 WL 3330941, at *2 (E.D. Cal. June 26, 2024) ("[A] court order 'is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril.'" (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992))). Accordingly, the Court declines to condition entry of judgment on notice from Petitioner's counsel that Respondents have fulfilled a court mandate.

Subject to this reservation, the Court accepts the report and recommendation and orders as follows:

1. Claim Two in the Petition is granted. Claims One and Three are denied without prejudice in light of the relief granted as to Claim Two.

2. Petitioner Jeysy Melany Cabrera Dubon (A# 245-648-693) is ordered immediately released on the conditions of parole that applied before her most recent detention.

Dated: September 21, 2026

Mark C. Scarsi
United States District Judge