**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYSY MELANY CABRERA DUBON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-03924-MCS-BFM ADELANTO<br><br>**JUDGMENT** |

///

Pursuant to the Court's Order Re: Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Claim Two in the Petition is granted. Petitioner Jeysy Melany Cabrera Dubon (A# 245-648-693) is ordered immediately released on the conditions of parole that applied before her most recent detention.

**IT IS SO ORDERED.**

Dated: September 21, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CC: Adelanto Detention Center via Email